CHRISTOPHER J. HICKS
Washoe County District Attorney

WADE CARNER
Deputy District Attorney
Nevada State Bar Number 11530
One South Sierra Street
Reno, Nevada 89501
(775) 337-5700
wcarner@da.washoecounty.us
ATTORNEYS for DEPUTY AMBROSE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| Joey A. Garcia, | |
|---|---|
| Plaintiff, | Case No. 3:20-cv-00422-MMD-WGC |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Ambrose, *et al.*, | **(ECF NO. 39)** |
| Defendants. | |

### STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff JOEY A. GARCIA, in *pro per*, and Defendant DEPUTY AMBROSE, by and through his counsel of record Wade Carner, Esq. that Plaintiff's Complaint as against Defendant shall be dismissed with Prejudice, with all parties to bear their own fees and costs.

///

///

///

///

///

| DATED: _____, 2021. | DATED: Dec 15th, 2021. |
|---|---|
| CHRISTOPHER J. HICKS<br>District Attorney | JOEY A. GARCIA, Plaintiff |
| By _____<br>WADE CARNER<br>Deputy District Attorney<br>One South Sierra Street<br>Reno, Nevada 89501<br>wcarner@da.washoecounty.us<br>(775) 337-5700<br>ATTORNEYS FOR DEFENDANT | *[signature]*<br>JOEY A. GARCIA |

It is so ordered.

DATED THIS 20th Day of December 2021.

*[signature]*

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

-2-